## In the Interest of S.C.D.

No. 72400.

Missouri Court of Appeals,
Eastern District,
Division One.

March 17, 1998.

Catholic Legal Assistance Ministry, Marie A. Kenyon, Mark D. Edwards, Cathlin H. Severance, Guardian ad litem, Nathan S. Cohen, St. Louis, for appellant.

Donna L. Head, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Natural mother (Mother) appeals from the judgment of the Circuit Court of St. Louis City terminating her parental rights to S.C.D., a minor child. Mother alleges that the trial court erred in terminating her rights because it failed to follow the dictates of Section 211.447.2(3) RSMo (1994). Mother also challenges the sufficiency of the evidence justifying termination of her parental rights under Section 211.447.2(2)(d) RSMo (1994).

As an extended opinion would have no precedential value, we affirm by written order. A memorandum of law setting forth the reasons for our decision has been provided to the parties for their use only.

The judgment is affirmed pursuant to Rule 84.16(b).

---

## SUNDANCE INTERNATIONAL, INC. Plaintiff/Respondent,

v.

## Joseph B. TESTON and Lucily O. Teston, Defendants/Appellants.

No. 72176.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 17, 1998.

Edgar E. Lim, Clayton, for Defendants/Appellants.

Robert W. Henry, Clayton, for Plaintiff/Respondent.

Before AHRENS, P.J., and CRANDALL, and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendants, Joseph B. Teston and Lucily O. Teston, appeal from the trial court's judgment, in a court-tried case, in favor of plaintiff, Sundance International, Inc., granting injunctive relief and awarding damages as well as attorneys' fees for defendants' breach of a covenant not to compete.

We have reviewed the record on appeal and find that the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The judgment is affirmed.[1] Rule 84.16(b).

---

1. Plaintiff's motion for damages for frivolous appeal is denied.